UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITY OUTPATIENT SURGERY CENTER, INC., et al., <br><br> Defendants. | No. SA CV 05-00230-TJH (VBKx) <br><br> ORDER TO SHOW CAUSE RE CERTIFICATION OF CIVIL CONTEMPT |

In a written Order of April 23, 2008 (a copy of the Order is attached hereto and incorporated herein), this Court sanctioned attorney Tracy Green ("Green") in the amount of $5,000.00 based upon her unexcused absence before the Court on April 22, 2008 for a hearing on Plaintiffs' Motion to Compel Discovery and for Sanctions. This Court had issued a Tentative Decision on April 16, 2008 which ordered Green to appear at the April 22, 2008 hearing, and in that Order, warned that unexcused absence by Green, specifically defined as any reason not approved in advance by the Court in writing, would constitute cause for the Court to impose a sanction in the amount of $5,000.00. As set forth in the Court's Order of April 23, 2008, this

Court waited until 11:15 a.m. on April 22, 2008. Green failed to appear at the hearing as ordered, and the Court therefore imposed a $5,000.00 sanction against Green, to be paid within 30 days.

The Court is informed and believes that Green has not paid all or any part of that sanction, nor has Green appealed that Order. It is this Court's intention to certify to the District Judge, pursuant to 28 U.S.C. §636(e)(6)(B)(iii), that the failure of Green to satisfy the sanction order of April 23, 2008 constitutes a civil contempt.

Consequently, this Court **ORDERS** that Green shall appear before the Court, located at 312 North Spring Street, Courtroom H, Los Angeles, CA 90012, at 10:00 a.m. on November 24, 2009, to show cause why this Court should not certify to the District Judge that Green is in civil contempt of this Court's Order of April 23, 2008, and further, order Green to appear before the District Judge on a date certain to show cause why she should not be adjudged in contempt by reason of the facts so certified.

Green is advised that she may respond to this Court by providing a response in writing, and, in addition, the Court will allow Green at the November 24, 2009 hearing to present evidence, under oath, in response to this Order to Show Cause.

The Court specifically advises Green that her failure to appear

//
//
//
//
//
//
//

before this Court on November 24, 2009, at 10:00 a.m., without prior written excuse by the Court, will result in the issuance of body attachment by which Green will be brought before this Court to answer to this Order to Show Cause.

**IT IS SO ORDERED.**

DATED: November 6, 2009           /s/
                                  VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE