Marvin Wexler
Lawrence C. Fox
**KORNSTEIN VEISZ WEXLER & POLLARD LLP**
757 Third Avenue
New York, New York 10017
Tel: (212) 418-8600 / Fax (212) 826-3640
MWexler@KVWMail.com/LFox@KVWMail.com

Edward Gartenberg (SBN # 102693)
**GARTENBERG GELFAND WASSON & SELDEN LLP**
801 South Figueroa Street -- Suite 2170
Los Angeles, California 90017
Tel: (213) 542-2100 / Fax: (213) 542-2101
EGartenberg@ggwslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| Blue Cross and Blue Shield of Alabama, et al.,<br><br>                 Plaintiffs,<br><br>    -against-<br><br>Unity Outpatient Surgery Center, Inc., et al.,<br><br>                 Defendants. | **Case No. SACV 05-230-TJH(VBKx)**<br><br><br>**CONSENT ORDER TO INJUNCTIVE RELIEF** |
|---|---|

**CONSENT ORDER TO INJUNCTIVE RELIEF**

2934001AFFMW.00007.wpd

WHEREAS, Defendant Gordon Merrick and Plaintiffs have settled the dispute herein as between them, and

WHEREAS, as part of that settlement, Defendant Merrick has agreed to the entry of the injunctive relief set forth herein,

IT IS HEREBY DECREED AND ADJUDGED as follows:

Defendant Merrick is hereby permanently enjoined from assisting in any way to establish, or to obtain accreditation for, or to operate, or to help manage, any health care facility, including any outpatient surgery center,

(a) where the actual control or beneficial interest in the facility belongs to any person or entity other than the formal or record owner of the facility, or where the beneficial owner of the facility is otherwise hidden; or

(b) that is owned, operated, managed or controlled, in whole or in part, by Defendant Perry Pham or by Defendant Tom Vu; or

(c) that obtains patients by means of offering any compensation, including free or discounted cosmetic surgery, to them in exchange for submitting to procedures; or

///

///

///

///

///

///

///

**CONSENT ORDER TO INJUNCTIVE RELIEF**

(d) that obtains patients by means of paying anyone, per patient or per procedure or based on the money made on the patient, for bringing patients to the facility.

Dated: July 12, 2010

KORNSTEIN VEISZ WEXLER
& POLLARD, LLP

By:_____
    Lawrence C. Fox

- and

GARTENBERG GELFAND WASSON &
SELDEN LLP

Attorneys for Plaintiffs


Consented To By:

_____
    Gordon Merrick


_____
    David LaSalle, Esq.
Attorneys for Gordon Merrick

*[signature: Terry J. Hatter, Jr.]*

_____
U.S. DISTRICT JUDGE
Terry J. Hatter, Jr.

Date: July 16, 2010

---