UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 05-230 TJH (VBKx) | Date | August 1, 2011 |
|---|---|---|---|
| Title | Blue Cross Blue Shield of Alabama, et al. v. Unity Outpatient Surgery Center, Inc., et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | CourtSmart | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS**

    Telephone conferences will be held with trial counsel for plaintiffs and defendants on the following date and times to discuss settlement conference procedures prior to the scheduled conferences (See also Order of August 1, 2011):

Date: August 31, 2011

| Time: 10:00 a.m. | Defendants: Robert McKenna, M.D. |
| | Clark Fuller, M.D. |
| | Ward Houck, M.D. |

Time: 10:45 a.m.     Defendants: Julia Sverdlova, M.D.
                                      Leon Halac, M.D.
                                      Rosemary Halac

Time: 11:30 a.m.     Defendants: Mitchell Rubin, Steven Rubin,
                                      Daniel Rose, M.D., Hamilton Sah, M.D.
                                      Rizalino Vincente, M.D.,
                                      Lars Hanson, M.D.,
                                      Bassam Moucharafieh, M.D

**IT IS SO ORDERED**.

                                                                                                                        :

Initials of Preparer     RHoran