# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Blue Cross and Blue Shield of Alabama, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Unity Outpatient Surgery Center, Inc., et al., <br><br> Defendants. | **Case No. SACV 05-230-TJH(VBKx)** <br><br> **ORDER MODIFYING THE AUGUST 1, 2011 SETTLEMENT CONFERENCE ORDER TO SCHEDULE THE RUBINS-SAH-ROSE DEFENDANTS TO PARTICIPATE IN THE MORNING SESSION OF THE CONFERENCE ON SEPTEMBER 8, 2011** <br><br> Judge: Hon. Victor B. Kenton <br> Courtroom: 590 (Roybal) |

[PROPOSED] ORDER MODIFYING THE AUGUST 1, 2011 SETTLEMENT
CONFERENCE ORDER TO SCHEDULE THE RUBINS-SAH-ROSE DEFENDANTS
TO PARTICIPATE IN THE MORNING SESSION OF THE CONFERENCE ON SEPTEMBER 8, 2011

2934001STILF.00086.wpd

WHEREAS Plaintiffs and Defendants Mitchell Rubin, Steven Rubin, Hamilton Sah, M.D. and Daniel Rose, M.D., for the reasons stated in their Stipulation dated August 18, 2011, have agreed to a modification of the August 1, 2011 Settlement Conference Order whereby those Defendants (the "Rubins-Sah-Rose Defendants") would participate in the morning session rather than the afternoon session of the Settlement Conference on September 8, 2011, and for good cause shown,

IT IS HEREBY ORDERED that:

The August 1, 2001 Settlement Conference Order is hereby modified to schedule the Rubins-Sah-Rose Defendants to participate in the morning session of the Settlement Conference on September 8, 2011.

DATED:   August 24, 2011                    _____/s/_____
                                            Hon. Victor B. Kenton
                                            United States Magistrate Judge

---

**[PROPOSED] ORDER MODIFYING THE AUGUST 1, 2011 SETTLEMENT CONFERENCE ORDER TO SCHEDULE THE RUBINS-SAH-ROSE DEFENDANTS TO PARTICIPATE IN THE MORNING SESSION OF THE CONFERENCE ON SEPTEMBER 8, 2011**

Presented by:

Marvin Wexler
Lawrence C. Fox
KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By _____
      Lawrence C. Fox

Edward Gartenberg (SBN # 102693)
GARTENBERG GELFAND WASSON & SELDEN LLP

Attorneys for Plaintiffs

---

**[PROPOSED] ORDER MODIFYING THE AUGUST 1, 2011 SETTLEMENT CONFERENCE ORDER TO SCHEDULE THE RUBINS-SAH-ROSE DEFENDANTS TO PARTICIPATE IN THE MORNING SESSION OF THE CONFERENCE ON SEPTEMBER 8, 2011**